IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 17, 2007**

Charles R. Fulbruge III
Clerk

No. 06-40662
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

FRANCISCO SANTOYO-GARCIA,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 2:05-CR-758-1

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Francisco Santoyo-
Garcia has moved for leave to withdraw and has filed a brief in accordance with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Anders v. California, 386 U.S. 738 (1967). Santoyo-Garcia has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.